AUSA: James Carty  Telephone: (313) 226-9100
Special Agent: Danielle Phelps, FBI  Telephone: (313) 965-2323

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Maurice Calvin DOUGLAS

Case No.  Case: 2:20−mj−30343
Assigned To : Unassigned
Assign. Date : 8/28/2020
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 13, 2020__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.C.S. 922(g) | Unlawful shipment, transfer, receipt or possession by a felon |
| 18 U.C.S. 922(j) | Receipt or possesion of a stolen firearm and ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Danielle Phelps, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 28, 2020__

_Judge's signature_

City and state: __Detroit, Michigan__   Hon. R. Steven Whalen, U.S. Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR AN ARREST WARRANT

I, Danielle M. Phelps, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation and have been since January 2017. My primary duties and responsibilities involve investigating violations of federal law, including the Controlled Substances Act as found in Title 21 of the United States Code. I currently work in the Detroit Field Office of the FBI and am assigned to the Violent Crime Task Force. I have investigated numerous crimes including, but not limited to, bank robberies, Hobbs Act robberies, carjackings, narcotics trafficking, and fugitive investigations. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal offenses, the use of cellular devices to commit those offenses, and the available technology used by law enforcement to assist in identifying the users of cellular devices and their location.

2. The facts in this affidavit come from my personal observations; information obtained from other law enforcement officers and agents and witnesses; my review of documents, photographs, and videos; and information gained through my training and experience. This affidavit is intended to show

1

merely that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.

3. Probable cause exists that, on August 13, 2020, in the Eastern District of Michigan, Maurice Calvin DOUGLAS, date of birth **/**/1977, was a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g) and further, that DOUGLAS did possess a stolen firearm in violation of § 922(j).

## II. SUMMARY OF THE INVESTIGATION

4. On August 13, 2020, a Michigan State Police (MSP) trooper on patrol in the area of M-39, near McNichols Street, in the city of Detroit, Michigan, observed a black Dodge Ram pickup truck driving southbound at a high rate of speed. The vehicle was identified as a 2019 Dodge Ram 1500 pickup truck, Michigan license plate EEK**** ("SUBJECT VEHICLE"). The MSP trooper established a pace with the SUBJECT VEHICLE, and determined the SUBJECT VEHICLE was traveling at approximately 105 miles per hour, in an area where the posted speed limit was 55 miles per hour. Furthermore, while traveling at that high rate of speed, the SUBJECT VEHICLE was utilizing all lanes of the roadway to pass other traffic, and conducted approximately five lane changes without using a turn signal.

5. On the same date, at approximately 11:35 p.m., the MSP trooper conducted a traffic stop of the SUBJECT VEHICLE on the southbound M-39

Service Drive, near Joy Road, in the city of Detroit, Michigan. The driver, who was the sole occupant of the SUBJECT VEHICLE, was identified as DOUGLAS.

6. While the MSP trooper was speaking with DOUGLAS during the traffic stop, the MSP trooper observed a clear plastic cup in the center console, that the MSP trooper believed to contain intoxicants. DOUGLAS stated to the MSP trooper that there was an open beer inside of the vehicle. Due to his observations of open intoxicants and DOUGLAS advising that he had open intoxicants, the MSP trooper proceeded to conduct a search of the SUBJECT VEHICLE.

7. During the search of the SUBJECT VEHICLE, the MSP trooper found a black and silver colored semi-automatic handgun, which was located under the driver's seat. The handgun was further identified as a Jimenez Arms 9mm, serial number 359808. The handgun was recovered with one magazine and nine rounds of ammunition. Per a law enforcement database check, it was determined that the handgun was reported stolen to Inkster Police Department on February 7, 2019.

8. Also, during the search of the SUBJECT VEHICLE, the MSP trooper located one plastic baggie containing a white powder substance in the driver's door of the vehicle.

9.      During a post-Miranda interview the interview of DOUGLAS, DOUGLAS advised that the handgun located in the SUBJECT VEHICLE was his; that he purchased the firearm off the street; and that he carried it for protection. DOUGLAS also advised that the white powder substance was his, and that it was Cocaine. DOUGLAS further advised the MSP trooper that he was a convicted felon, and had previously served fifteen years in prison for conspiracy. DOUGLAS was taken into custody and conveyed to the Detroit Detention Center.

10.     DOUGLAS' criminal history record includes a 2002 Felony conviction for Conspiracy, Bank Robbery, and Using and brandishing a firearm during a crime of violence in the Eastern District of Virginia.

## III. CONCLUSION

11. Based on the above, there is probable cause to believe that Maurice Calvin DOUGLAS, date of birth \*\*/\*\*/1977, was a convicted felon in possession of a firearm, in violation of 18 U.S.C. § 922(g) and further, that DOUGLAS did possess a stolen firearm in violation of § 922(j).

Respectfully submitted,

_____
Danielle M. Phelps
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: August 28, 2020